IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MID-CENTURY INSURANCE COMPANY, LLC**, <br><br> *Plaintiff* <br><br> v. <br><br> **ANNMARIE FRENCH, et al.**, <br><br> *Defendants* | Case No. 2:19-cv-00563-JDW |

# ORDER

**AND NOW**, this 12th day of September, 2019, upon consideration of Mid-Century Insurance Company, LLC's Motion for Judgment on the Pleadings (ECF No. 32), Robert Stern's Response in Opposition (ECF No. 34), Stern's Motion for Summary Judgment (ECF No. 33), and Mid-Century's Response in Opposition (ECF No. 35), including all attachments thereto, and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** as follows:

1. Mid-Century's Motion for Judgment on the Pleadings, construed as a Motion for Summary Judgment (ECF No. 32), is **GRANTED**. Summary judgment is entered (a) in favor of Mid-Century Insurance Company, LLC and against Defendants Annmarie French, Timothy French, Gavin French, and Robert Stern on Mid-Century's claim for a declaratory judgment and (b) in favor of Mid-Century Insurance Company, LLC and against Robert Stern on Stern's counterclaim.

2. Robert Stern's Motion for Summary Judgment (ECF No. 33) is **DENIED**.

3. The Clerk of Court shall close this case for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.